FILED
2022 FEB 16 PM 1:16
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY,<br><br>Plaintiff,<br>v.<br><br>4370 SOUTH HOLDINGS, LLC, a Utah limited liability company; ASPEN TREE ACQUISITIONS, INC. d/b/a FLOWER PATCH, a Utah Corporation; John Does I – X; XYZ Corporations and/or Limited Liability Companies I – X.<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19-cv-00849<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is the parties' Stipulated Motion to Dismiss with Prejudice, (Doc. No. 42). The parties seek to dismiss all of Plaintiff's remaining claims against Defendants 4370 South Holdings, L.L.C. and Aspen Tree Acquisitions, Inc. dba Flower Patch with prejudice. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and based upon the stipulated motion, the court GRANTS the motion and ORDERS that all claims against Defendants 4370 South Holdings, L.L.C. and Aspen Tree Acquisitions, Inc. dba Flower Patch are dismissed with prejudice. The parties shall each bear their own attorneys' fees and costs.

DATED this 16th day of February, 2022.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge